UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHRIS SONTERRE, individually and on
behalf of other similarly situated individuals,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

Case No. 18-CV-0245 (PJS/FLN)

ORDER OF DISMISSAL

---

Based upon the Stipulation for Dismissal filed by the parties on July 9, 2018 [ECF No. 34],

IT IS ORDERED that plaintiff's claims are dismissed with prejudice and on the merits and claims of the putative class members are dismissed without prejudice, without costs or disbursements to any party.

Dated: July 10, 2018

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge